UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

```
FEDERAL DEPOSIT INSURANCE      )CASE NO. SA CV 10-710-DOC(RNBx)
CORPORATION, a Receiver for    )
Downey Savings and Loan, etc.  )
                               )    ORDER OF DISMISSAL
             Plaintiff         )
       vs.                     )
QUEST F.S., INC., a California )
corporation, etc., et al.      )
                               )
             Defendants        )
```

The Court issued on Order to Show Cause re Dismissal for Lack of Prosecution on December 8, 2011, which was returnable by December 14, 2011. To date there has been no response to the Order to Show Cause and/or Request for Clerk to enter defaults as to defendants Capital Access LLC and Zalathiel Aguia.

IT IS ORDERED that this action is hereby dismissed without prejudice as to defendants **Capital Access LLC** and **Zalatheil Aguia** only.

DATED: December 15, 2011

/s/ David O. Carter
DAVID O. CARTER
United States District Judge